UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE R. ROSEL,

    Plaintiff,

vs.

MIDLAND FUNDING, LLC,

    Defendant.

Case No.: 1:14-CV-1095
Hon.: Robert Holmes Bell

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, Nicole Rosel, and the Defendant, Midland Funding, LLC, by and through their respective counsel of record, that the entire above-captioned action is voluntarily dismissed with prejudice and without costs or fees to either party.

THE FOREGOING IS STIPULATED:

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/ Roger G. Cotner | /s/ Theodore Greeley |
| Roger G. Cotner (P36569) | Theodore Seitz (P60320) |
| Cotner Law Offices | Theodore Greeley (P77862) |
| Attorney for Plaintiff | Dykema Gossett PLLC |
| 220 Franklin Avenue | Attorney for Defendant |
| PO Box 838 | 201 Townsend Street, Suite 900 |
| Grand Haven, Michigan 49417 | Lansing, Michigan 48933 |
| (616) 846-7153 | (517) 374-9100 |
| roger@cotnerlaw.us | TGreeley@dykema.com |

1